IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN and TERI CURATOLO, MICHAEL MAZZA, LINDA KREHLIK and ROBERT JOHNSON, on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | ) CIVIL ACTION NO. 3:13-CV-00865<br>)<br>) District Judge Aleta A. Trauger |
| v. | )<br>) |
| ATLAS ROOFING CORPORATION, | )<br>) |
| Defendant. | ) |

## ORDER ON JOINT MOTION TO STAY

Upon the Parties' Joint Motion to Stay ("Joint Motion"); and for good cause, the Court grants the Parties' Joint Motion.

WHEREFORE, all proceedings are stayed in this matter until the Judicial Panel on Multidistrict Litigation ("JPML") issues its decision on the pending Motion to Transfer this and other similar Chalet cases to the Northern District of Georgia for consolidated MDL proceedings. The time for Atlas to answer, plead or otherwise respond to Plaintiffs' Class Action Complaint (Doc. No. 1) is hereby extended to the 21st day after the Judicial Panel on Multidistrict Litigation issues its decision regarding consolidation and transfer.

SO ORDERED, this __1st__ day of ____October____, 2013.

_____
Honorable Aleta A. Trauger
Judge, United States District Court
Middle District of Tennessee

APPROVED FOR ENTRY:

| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
|---|---|
| LAW OFFICES OF DAVID RANDOLPH SMITH & ASSOCIATES<br>Davis Randolph Smith (TN BPR #011905)<br>Dominick R. Smith (TN BPR # 028783)<br>William Lyon Chadwick, Jr. (TN BPR # 029599)<br>1913 21st Avenue South<br>Nashville, TN 37212<br>Tel: 615-742-1775<br>Fax: 615-742-1223<br>drs@drslawfirm.com<br>dom@drslawfirm.com<br>lyon@drslawfirm.com | WALLER LANSDEN DORTCH & DAVIS, LLP<br>James M. Doran, Jr. (TN BPR # 002638)<br>W. Travis Parham (TN BPR # 016846)<br>Jacquelyne D. Garfield (TN BPR # 030498)<br>511 Union Street, Suite 2700<br>Nashville, TN 37219<br>Tel: (615) 244-6380<br>Fax: (615) 244-6804<br>jim.doran@wallerlaw.com<br>travis.parham@wallerlaw.com<br>jackie.garfield@wallerlaw.com |
| COMPLEX LITIGATION GROUP LLC<br>Jamie E. Weiss<br>513 Central Avenue , Suite 300<br>Highland Park, IL 60035<br>Tel: 847-433-4500<br>Fax: 847-433-2500<br>jamie@complexlitgroup.com | WOMBLE CARLYLE SANDRIDGE & RICE, LLP<br>Joel G. Pieper<br>Georgia Bar No. 578385<br>271 17th Street, N.W., Suite 2400<br>Atlanta, Georgia 30363-1017<br>Tel: 404-888-7435<br>Fax: 404-870-4831<br>jpieper@wcsr.com |
| SEEGER WEISS LLP<br>Jonathan Shub<br>Scott George<br>1515 Market Street<br>Suite 1380<br>Philadelphia, PA 19102<br>Tel: 215-564-2300<br>Fax: 215-851-8029<br>jshub@seegerweiss.com<br>sgeorge@seegerweiss.com | WOMBLE CARLYLE SANDRIDGE & RICE, LLP<br>Henry B. Smythe<br>James E. Weatherholtz<br>5 Exchange Street<br>Charleston, SC 29401<br>Tel: 843-722-3400<br>Fax: 843-723-7398<br>hsmythe@wcsr.com<br>jweatherholtz@wcsr.com |
| RICHARD J. BURKE LLC<br>Richard Burke<br>1010 Market Street<br>Suite 660<br>St. Louis, MO 63101<br>Tel: 314-880-7000<br>Fax: 314-880-7777<br>richard@complexlitgroup.com | |